117 P.3d 875

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 15, 2005**

| 26101 | State v. Aragona; State v. Depietropaolo | Affirmed |

**August 23, 2005**

| 26653 | Hong v. Santiago | Affirmed |
| 25895 | State v. Faagau | Affirmed |
| 26145 | State v. Smith | Affirmed |